UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHATEKQUA BROWN, *on behalf of herself and those similarly situated*,

       *Plaintiff*,

  v.

VISITING NURSE SERVICE OF NEW YORK,

       *Defendant.*
------------------------------------------------------------------x

17 CV 4754

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

      **IT IS HEREBY NOTICED** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed without prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
       July 14, 2017

       By: _____
          Walker G. Harman, Jr. [WH-8044]
          Edgar M. Rivera [ER-1378]
          THE HARMAN FIRM, LLP
          220 Fifth Avenue, Suite 900
          New York, New York 10001
          T: (212) 425-2600
          F: (212) 202-3926
          wharman@theharmanfirm.com