```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SHATEKQUA BROWN, *on behalf of herself and those similarly situated,*

        *Plaintiff,*

v.

VISITING NURSE SERVICE OF NEW YORK,

        *Defendant.*
-----------------------------------------------------------------x

17 CV 4754

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

**IT IS HEREBY NOTICED** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed without prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
      July 14, 2017

By: _____
Walker G. Harman, Jr. [WH-8044]
Edgar M. Rivera [ER-1378]
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, New York 10001
T: (212) 425-2600
F: (212) 202-3926
wharman@theharmanfirm.com

7/14/17

As defendant has not filed an answer to the complaint, the Clerk of Court is respectfully directed to close this case.

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE